UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                     Case No. 03-CR-170

LESLIE JOHN HAMILTON and
ANGELINA ROEBUCK,

    Defendants.

---

## ORDER

Before the court are two motions filed by the United States of America: (1) motion for disclosure of assets; and (2) motion for sale of property. The government has advised the court that the motion for disclosure of assets is moot because subsequent to the filing of the motion, no property owned or controlled by the defendants had been recovered. The government did advise the court that a coin collection, with assets valued at approximately less than $10,000.00, could be sold to apply towards the defendants' restitution orders. Accordingly, the court **DENIES** the motion for disclosure of assets [Docket #174] as **MOOT**; and further **GRANTS** the motion for sale of property [Docket #175].

    **SO ORDERED**.

    Dated at Milwaukee, Wisconsin, this 21st day of April, 2006.

                                                                   BY THE COURT:

                                                                   s/J.P. Stadtmueller
                                                                   J.P. STADTMUELLER
                                                                   U.S. District Judge